IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION


FILED
SEP 2 2 2023
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIMINAL NO. 4:23-cr-71 |
| STEPHEN SMITH, JR., | ) |
| | ) |
| Defendant. | ) |

### CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

From on or about April 2018 through April 2022, within the Eastern District of Virginia, the defendant, STEPHEN SMITH, JR., did willfully, knowingly, and unlawfully steal, purloin, and convert to his own use, without authority, monies of the United States, to wit: Social Security Administration (SSA) Title 2 Retirement Insurance Benefits and Title 2 Survivor Insurance Benefits, having a value in excess of $1,000.

(In violation of Title 18, United States Code, Section 641).

## FORFEITURE

1.    The defendant, if convicted of the violation alleged in this criminal information, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

2.    If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(In accordance with Title 18, United States Code, Section 981(a)(1)(C); and Title 28, United States Code, Section 2461(c).)

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date:  September 21, 2023      By:  *Alyssa Levey-Weinstein* (signature)
Alyssa Levey-Weinstein
Special Assistant United States Attorney